Attest,                   EBENEZER LANGDON,
First Constable.

From these facts it was contended, that the said Cato had gained a settlement for himself and family in Castleton ; that the warning was defective.

1. That the Select men did not sign the warning as Select men of Castleton.

2. The service and return of the officer was not made conformable to law ; the return omits the words "with my return thereon," which are necessary. 1 Stat. 62.

By the Court. The return of the officer is defective ; the pauper was not legally warned.

Judgment—That the pauper was unduly removed.

---

No. 7.

MOUNT HOLLY against PANTON. Rutland, 1820.

A warning to depart a town must be recorded before the end of the year's residence of the person warned.

THIS was an appeal from an order of removal. The pau-

per had resided more than one year in the town of Panton, had been warned within the year, but the warning, &c. was not *recorded* within the year.

Decided—That the warning must be recorded before the end of the year of the pauper's residence. At the end of the year the pauper has either gained a settlement or not; after the expiration of the year nothing can be done to alter the relative situation of the town with other towns, and it is important that other towns should be enabled *then* to ascertain the facts by the records.